IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00468-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MOHAMED SAVANE,
2. MALCOLM XAVIER JOHNSON,

    Defendants.

## INDICTMENT

The Grand Jury charges:

## COUNT 1

From on or about August 1, 2023, and continuing thereafter until on or about August 22, 2023, in the State and District of Colorado, the defendant, MOHAMED SAVANE and a Co-Conspirator ("CC1") whose identity is known to the Grand Jury did knowingly and voluntarily conspire and agree together and with each other, and with others known and unknown, to commit an offense against the laws of the United States, namely Engaging in the Business of Dealing Firearms without a License in violation of Title 18, United States Code, Section § 922(a)(1)(A).

## MANNER AND MEANS OF THE CONSPIRACY

Acting interdependently, the defendant MOHAMED SAVANE and CC1, carried out the conspiracy using the following manner and means:

1. CC1 was engaged in the business of dealing firearms without a license in the state of Texas and elsewhere.

1

2. The defendant, MOHAMED SAVANE, agreed to aid CC-1 in this business by obtaining firearms for CC1 to further deal in the state of Texas and elsewhere.

3. CC1 provided United States currency to the defendant, MOHAMED SAVANE, to purchase firearms.

4. The defendant, MOHAMED SAVANE, and CC1 ordered firearms online from E.O. paying for those firearms by credit card.

5. After purchase, E.O. sent those firearms to a federal firearms licensee, D.O.T.R., in the State and District of Colorado

6. The defendant, MOHAMED SAVANE, and CC1 arranged for third parties to complete a background check, accomplish transfer, and gain possession of those firearms sent to D.O.T.R., with the intention that the third-parties would then transfer possession of the firearms to CC1.

## OVERT ACTS

In furtherance of the conspiracy's objectives, one or more of the conspirators committed one or more of the following acts in the State and District of Colorado (and elsewhere):

1. On or about August 1, 2023, the defendant, MOHAMED SAVANE, and CC1 ordered one Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA015851 from E.O. utilizing defendant MOHAMED SAVANE'S laptop computer.

2. The defendant MOHAMED SAVANE and CC1 supplied a false name, "S.S," as the identity of the purchaser when ordering Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA015851 from E.O.

3. On or about August 2, 2023, defendant MOHAMED SAVANE and CC1 ordered

one Barrett model 82A1 .50 BMG caliber rifle bearing serial numbers AA0116393 from E.O.

4. On or about August 3, 2023, defendant MOHAMED SAVANE and CC1 ordered two Barrett model 82A1 .50 BMG caliber rifles bearing serial numbers AA016386 and AA016388 from E.O.

5. On or about August 2, 2023, and August 3, 2023, defendant MOHAMED SAVANE deposited United States currency he received from CC1 for the purchase of firearms in his bank account.

6. The defendant MOHAMED SAVANE and CC1 arranged for a third party, defendant MALCOLM XAVIER JOHNSON, to complete the background check, fill out the ATF Form 4473, and obtain possession of one Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA015851 in the possession of D.O.T.R. on August 2, 2023.

7. The defendant MOHAMED SAVANE and CC1 arranged for a third party, M.M., to attempt to gain possession of one Barrett model 82A1 .50 BMG caliber rifle bearing serial numbers AA016393 in the possession of D.O.T.R. on August 3, 2023.

8. The defendant MOHAMED SAVANE and CC1 arranged for a third party, C.H., to attempt to gain possession of two Barrett model 82A1 .50 BMG caliber rifles bearing serial numbers AA016386 and AA016388 in the possession of D.O.T.R. on August 4, 2023.

9. On August 22, 2023, the defendant MOHAMED SAVANE requested D.O.T.R. facilitate a refund from E.O. for one Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA016393 after D.O.T.R. refused to transfer the rifle to

M.M.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

Between and including on or about August 2, 2023, to August 11, 2023, in the State and District of Colorado, the defendant, MOHAMED SAVANE, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, that is, a Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA015851, to F.W., said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of Colorado, the State in which the defendant was residing at the time of the aforesaid transfer, sale, trade, giving, transportation, and delivery of the firearm, and did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Sections 922(a)(5), 924(a)(1)(D), and 2.

## COUNT 3

On or about August 2, 2023, in the State and District of Colorado, the defendant, MOHAMED SAVANE and MALCOLM XAVIER JOHNSON, knowingly made a false statement and representation to Day on the Range Consulting LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Day on the Range Consulting LLC, in that the defendant MALCOLM XAVIER JOHNSON executed and submitted to Day on the Range Consulting

4

LLC a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record in connection with acquisition of a Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA015851, stating that he was the actual transferee/buyer of a firearm when as he well knew, he was not the actual transferee/buyer of the firearm but was acquiring the firearm on behalf of another person, and the defendant MOHAMED SAVANE did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 4

On or about August 3, 2023, in the State and District of Colorado, the defendant, MOHAMED SAVANE and MALCOLM XAVIER JOHNSON, knowingly made a false statement and representation to Skyline Firearms Distribution LLC, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Skyline Firearms Distribution LLC, in that the defendant MALCOLM XAVIER JOHNSON executed and submitted to Skyline Firearms Distribution LLC a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record in connection with acquisition of a Desert Tech model HTI .50 BMG caliber rifle bearing serial number HTI003390, stating that he was the actual transferee/buyer of a firearm when as he well knew, he was not the actual transferee/buyer of the firearm but was acquiring the firearm on behalf of another person, and the defendant MOHAMED SAVANE did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Forfeiture Allegation

1. The allegations contained in Counts 1 through 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation(s) described in paragraph 1 above, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including but not limited to the following: (1) Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA015851, (2) Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA016386, (3) Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA016388, (4) Barrett model 82A1 .50 BMG caliber rifle bearing serial number AA016393, and (5) Desert Tech model HTI .50 BMG caliber rifle bearing serial number HTI003390.

3. If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

   a) cannot be located upon the exercise of due diligence;
   b) has been transferred or sold to, or deposited with, a third party;
   c) has been placed beyond the jurisdiction of the Court;
   d) has been substantially diminished in value; or
   e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

<u>By: *s/ Albert Buchman*</u>
ALBERT BUCHMAN
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
E-mail: al.buchman@usdoj.gov
Attorney for the government